61 A.3d 187

Nancy K. RAYNOR, Esquire, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 182 EM 2012.

Supreme Court of Pennsylvania.

Jan. 14, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of January, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Prohibition is **DENIED.**